DANIEL G. BOGDEN
United States Attorney
District of Nevada

SUNDEEP PATEL, CSBN 242284
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8981
Facsimile: (415) 744-0134
E-Mail: Sundeep.Patel@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY L. BUZAUSKAS, | ) |
| Plaintiff, | ) Case No. 2:16-cv-01901-GMN-VCF |
| v. | ) **DEFENDANT'S UNOPPOSED MOTION FOR** |
| | ) **EXTENSION OF TIME (FIRST REQUEST)** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time from October 21, 2016 to November 21, 2016 for Defendant to answer the complaint and submit the certified administrative record (CAR).

This is Defendant's first request for an extension of time. Defendant respectfully submits that the requested extension is needed to allow the Commissioner to prepare the CAR for submission to this Court and parties in this action. The CAR in this case is particularly large and has taken longer than anticipated to prepare for filing despite the Commissioner's diligent efforts to have it ready in time. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred via email with Plaintiff's counsel, who indicated on October 21, 2016 that Plaintiff does not oppose this motion or the requested extension.

Respectfully submitted,

Dated: October 21, 2016

DANIEL G. BOGDEN
United States Attorney

By: */s/ Sundeep Patel*
SUNDEEP PATEL
Special Assistant United States Attorney
Attorneys for Defendant

OF COUNSEL TO DEFENDANT:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

MARGARET BRANICK-ABILLA
Assistant Regional Counsel

IT IS SO ORDERED:

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: 10-21-2016

Motion for Extension of Time
Case No. 2:16-cv-01901-GMN-VCF

# CERTIFICATE OF SERVICE

I, Sundeep Patel, certify that the following individual(s) was served with a copy of the **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
cyrus.safa@rohlfinglaw.com
Attorney for Plaintiff

Gerald M. Welt
Attorney at Law
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
gmwesq@weltlaw.com
Attorney for Plaintiff

Date:  October 21, 2016

                                            */s/ Sundeep Patel*
                                            SUNDEEP PATEL
                                            Special Assistant United States Attorney